1   Mia Farber (State Bar No. 131467)
    JACKSON LEWIS P.C.
2   725 South Figueroa Street, Suite 2500
    Los Angeles, California 90017
3   Telephone    (213) 689-0404
    Facsimile:    (213) 689.0430
4   E-mail:       Mia.Farber@jacksonlewis.com

5   Shannon B. Nakabayashi (State Bar No. 215469)
    Kevin Ha (State Bar No. 322252)
6   JACKSON LEWIS P.C.
    50 California Street, 9th Floor
7   San Francisco, California 94111
    Telephone    (415) 394-9400
8   Facsimile:    (415) 394-9401
    E-mail:       Shannon.Nakabayashi@jacksonlewis.com
9   E-mail:       Kevin.Ha@jacksonlewis.com

10  Attorneys for Defendant
    CRUNCH, LLC

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  JORGE CHAVEZ, individually and on behalf    Case No. 4:20-cv-02362-VC
    of others similarly situated,
16                                              **JOINT STIPULATION AND
                 Plaintiff,                     [PROPOSED] ORDER TO DISMISS
17                                              CASE**

        v.
18                                              Judge:        Hon. Jon S. Tigar

    CRUNCH, LLC and DOES 1-100
19                                              Complaint Filed:    April 8, 2020
                 Defendants.                    Trial Date:         None Set
20

21

22  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

23  **RECORD:**

24       Plaintiff JORGE CHAVEZ ("Chavez") and Defendant CRUNCH, LLC ("Crunch")

25  (collectively, the "Parties") by and through their respective counsel, stipulate as follows:

26       1.    WHEREAS, on April 8, 2020, Chavez filed the above-captioned wage and hour

27  class action Complaint against Crunch, alleging causes of action including: (1) Failure to Pay

28  Wages and OT, (2) Failure to Maintain Pay Records, (3) Failure to Pay Minimum Wage, (4) Failure

1

1  to Pay All Wages & OT Upon Discharge, (5) Unfair Business Acts and Practices, (6) Split Shift

2  Premium Pay, (7) Reporting Time Pay, (8) Failure to Provide Meal and Rest Periods, (9) San

3  Francisco Sick Leave Ordinance, (10) Failure to Pay PTO on Termination, and (11) Unjust

4  Enrichment.

5         2.      WHEREAS, on May 22, 2020, Chavez filed a first amended Complaint against

6  Crunch to add a claim for civil penalties under California Private Attorneys General Act.

7         3.      WHEREAS, on September 8, 2020, the parties stipulated to, and this Court ordered,

8  that the Parties arbitrate Chavez's claims on an individual basis before a neutral arbitrator consistent

9  with the Parties executed arbitration agreement, that Chavez's class allegations are dismissed

10  without prejudice, and that the claim for civil penalties under California Private Attorneys General

11  Act is stayed pending the completion of the arbitration.

12         4.      WHEREAS, on February 24, 2020, a related class action lawsuit was filed against

13  Crunch brought by Plaintiff Joseph Fox in Sacramento Superior Court, entitled *Fox, et al. v.*

14  *Crunch, LLC, et al.*, Sacramento Superior Court Case No. 34-2020-00276101, which seeks to

15  represent all hourly-paid or non-exempt employees of Defendants within the State of California

16  and alleges the following causes of action: (1) unpaid overtime; (2) unpaid meal period premiums;

17  (3) unpaid rest period premiums; (4) unpaid minimum wages; (5) failure to pay final wages upon

18  termination; (6) non-compliant wage statements; (7) unreimbursed business expenses; and (8)

19  unfair business practices.

20         5.      WHEREAS, the parties reached a settlement in the related cases brought by Plaintiff

21  Joseph Fox in Sacramento Superior Court, and on November 30, 2021, the Honorable Richard K.

22  Sueyoshi of the Sacramento Superior Court granted Final Approval and Judgment of the related

23  Class Action Settlement in *Fox, et al. v. Crunch, LLC, et al.*, Sacramento Superior Court Case No.

24  34-2020-00276101.

25         6.      WHEREAS, the court approval settlement reached in the related case *Fox, et al. v.*

26  *Crunch, LLC, et al.* covers the claims that Chavez alleges in the above-captioned lawsuit.

27        THEREFORE, IT IS HEREBY STIPULATED:

28

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE       Case No. 3:20-cv-02362-VC

1       1.     The Parties request that the Court dismiss with prejudice the Plaintiff's California

2  Private Attorneys General Act representative claims.

3       2.     The Parties request that the Court stay this action pending the issuance of a final and

4  binding written decision rendered by the arbitrator.

5       3.     The Court shall retain jurisdiction if either party seeks to confirm or enforce the

6  arbitration award.

7

8  Dated:  February 3, 2022          LADVA LAW FIRM

9

10                  By:      /s/ Scott S. Nakama

11                          Ashwin Ladva
Scott S. Nakama

12                          Attorneys for Plaintiffs
JORGE CHAVEZ

13

14  Dated:  February 3, 2022          JACKSON LEWIS P.C.

15

16                  By:      /s/ Kevin Ha
Mia Farber

17                          Shannon B. Nakabayashi
Kevin Ha

18                          Attorneys for Defendants
CRUNCH, LLC

19

20

21

22

23                    **ATTESTATION**

24     Concurrence in the filing of this document has been obtained from each of the

25  individual(s) whose electronic signature is attributed above.

26

27  Dated:  February 3, 2022           /s/ Kevin Ha

28

3

1     **IT IS SO ORDERED.**

2

3     Dated:  February 4, 2022

                     By: _____

4                                 Hon. Jon S. Tigar

                                United States District Court Judge

5

6     4843-0200-1339, v. 2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO DISMISS CASE        Case No. 3:20-cv-02362-VC